IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20963
Summary Calendar
_____

ROSEANN (KRANNICH) BUNT,

Plaintiff-Appellant,

versus

TEXAS GENERAL LAND OFFICE,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-3109
- - - - - - - - - -
October 8, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Roseann (Krannich) Bunt appeals from the district court's grant of summary judgment for Texas General Land Office (GLO) with respect to her claim that she was fired on the basis of her race. Bunt argues that she established her standing to sue, GLO failed to articulate a reason for firing her, and she had presented evidence showing that the proffered reason given by GLO was pretextual.

We have reviewed the record and the parties' briefs and AFFIRM the district court's judgment for essentially the same reasons set

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

forth by the district court.  <u>Bunt v. Texas General Land Office</u>,
NO. H-96-CV-3109 (S.D. Tex. Oct. 27, 1997).

AFFIRMED.




EDITH H. JONES, Circuit Judge, concurs only in the judgment.